UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T. O., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-331 |
| | § | |
| FORT BEND INDEPENDENT SCHOOL DISTRICT, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 29, 2020 (Doc. #28), Plaintiffs' Amended Objections (Doc. #35), Defendants' Response (Doc. #38), and Plaintiffs' Reply (Doc. #39). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.[1]

It is so ORDERED.

March 24, 2020
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] Because Plaintiffs' proposed Second Amended Complaint would not cure the deficiencies highlighted in the Magistrate Judge's January 29, 2020 Memorandum and Recommendation, Plaintiffs' Opposed Motion for Leave to File their Second Amended Complaint (Doc. #31) is hereby DENIED.