# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 13, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED
June 13, 2022
Nathan Ochsner, Clerk of Court

Re: T. O., a Child, et al.
v. Fort Bend Independent School District, et al.
No. 21-1014
(Your No. 20-20225)
4:19-cv-331

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk



# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 13, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20225    O. v. Ft Bend Indep Sch Dist
                       USDC No. 4:19-CV-331

Dear Mr. Ochsner,

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                /s/ Stacy Carpenter
                By: _____
                Stacy Carpenter Vial, Deputy Clerk